# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>PLEASANTS CORP., *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 18-50763 (AMK)<br>Cases Jointly Administered under<br>Case No. 18-50757<br><br>Honorable Alan M. Koschik |
| MARK A. ROBERTS, solely in his capacity as plan administrator on behalf of the Debtors<br><br>           Plaintiff,<br><br>vs.<br><br>BET-TECH CONSTRUCTION COMPANY, INC.<br><br>           Defendant. | Adv. Pro. No. 20-05015 |

## PLAINTIFF'S WITNESS LIST

Mark A. Roberts of Alvarez & Marsal Holdings, LLC, in his capacity as plan administrator (the "Plan Administrator" or "Plaintiff") on behalf of the entity now known as Energy Harbor, LLC and formerly known as FirstEnergy Solutions Corp. ("FES," in its capacity as a debtor and together with its debtor affiliates, the "Debtors"), by and through their undersigned counsel and pursuant to the *Virtual Trial Scheduling Order* entered by the United States Bankruptcy Court for the Northern District of Ohio (the "Bankruptcy Court") on March 4, 2021 (Adv. Pro. Dkt. No. 16), hereby submit the following list of witnesses Plaintiff expects to call to testify at the trial of this matter:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Energy Harbor Generation LLC (0561), case no. 18-50762; Pleasants Corp. (5914), case no. 18-50763; Energy Harbor Nuclear Generation LLC (6394), case no. 18-50760; Energy Harbor Nuclear Corp. (1483), case no. 18-50761; and Energy Harbor LLC (0186), case no. 18-50757. The Debtors' address is: 168 E. Market Street, Akron, OH 44308.

1. Mark A. Roberts of Alvarez & Marsal Holdings, 655 15th Street NW, Suite 600, Washington, DC 20005.

2. Plaintiff reserves the right to call any rebuttal witnesses and any witness(es) called or identified by Defendant BET-TECH Construction Company, Inc.

Dated: June 1, 2021

        /s/Lucas M. Blower
BROUSE MCDOWELL LPA
Marc B. Merklin (0018195)
Bridget A. Franklin (0083987)
Lucas M. Blower (0082729)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
bfranklin@brouse.com
lblower@brouse.com

*Counsel for Plan Administrator*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Plaintiff's Witness List* was served on this 1st day of June, 2021, via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Bridget Aileen Franklin    bfranklin@brouse.com, tpalcic@brouse.com; mmiller@brouse.com
- Robert O Lampl    rol@lampllaw.com, rlampl@lampllaw.com; jlacher@lampllaw.com; dfuchs@lampllaw.com; rcooney@lampllaw.com;slampl@lampllaw.com
- United States Trustee  (Registered address)@usdoj.gov


*/s/ Lucas M. Blower*
Lucas M. Blower (0082729)